UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALL-PRO BAIL BONDS, INC.,<br><br>                   Plaintiff,<br><br>v.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION; ISABELLA CASILLAS GUZMAN, in her official capacity as Administrator of the Small Business Administration; JANET YELLEN, in her official capacity as the United States Secretary of the Treasury; and the UNITED STATES OF AMERICA,<br><br>                   Defendants. | Case No.:  3:22-cv-01836-MMA-AHG<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO APPEAR AT EARLY NEUTRAL EVALUATION CONFERENCE THROUGH LITIGATION COUNSEL**<br><br>[ECF No. 20] |

Before the Court is Defendants' Unopposed Motion for Leave to Appear at Early Neutral Evaluation Through Litigation Counsel Only. ECF No. 20. Defendants United States of America, United States Small Business Administration ("SBA"), Isabella Casillas Guzman (in her official capacity as Administrator of the SBA), and Janet Yellen (in her official capacity as Secretary of the U.S. Department of Treasury) (collectively, "Defendants") request that the Court waive its requirement that a representative with "full settlement authority" be present for the Early Neutral Evaluation Conference ("ENE") on May 3, 2023. *Id.* Plaintiff does not oppose the request as long as a representative of the SBA is available by telephone during the ENE. *Id.* at 2.

As Defendants discuss in their motion, it is not feasible for the ultimate decision-maker on behalf of the United States—the Attorney General—to personally attend all settlement conferences in cases in which the United States is a party. *See id.* at 2-5. For that reason, in litigation involving governmental agencies, there is often "no one with on-the-spot settlement authority, and the most that should be expected is access to a person who would have a major role in submitting a recommendation to the body or board with ultimate decision-making responsibility." *United States v. U.S. Dist. Ct. for N. Mariana Islands*, 694 F.3d 1051, 1060 (9th Cir. 2012) (quoting Fed. R. Civ. P. 16, 1993 advisory committee's note). Therefore, Defendants request that the Court permit them to appear solely through litigation counsel authorized to discuss and make recommendations relating to settlement, with an SBA representative available to consult telephonically. ECF No. 20 at 5. Defendants further note that any such SBA representative would still not have "unfettered discretion" to agree to settlement terms, as a client agency's agreement to settlement terms can be overruled by an appropriate Department of Justice official. *Id.* at 5 n.4.

Upon due consideration, the Court will **GRANT** the Unopposed Motion to excuse the appearance of officials with full settlement authority for the United States from the ENE. However, it is **ORDERED** that an SBA representative who would have a "major role" in recommending a settlement for approval by the ultimate decision-maker for

Defendants must be immediately available on telephonic standby during the **entire** ENE, which is scheduled to begin at 9:30 a.m. PT on May 3, 2023, and may last up to 3.5 hours.

**IT IS SO ORDERED.**

Dated: April 18, 2023

_____
Honorable Allison H. Goddard
United States Magistrate Judge